UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN DALEY and ISAAK CURRY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company; GREYSTAR MANAGEMENT SERVICES LP, a Delaware corporation; and GREYSTAR RS WEST, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00381-SMJ |

### DECLARATION OF SETTLEMENT ADMINISTRATOR

I, RYAN ALDRIDGE, hereby declare as follows:

### I. INTRODUCTION

1. ***Personal Information.*** I am a Project Manager for Postlethwaite & Netterville, APAC ("P&N"). P&N was retained as the Settlement Administrator in this case, and, as the project manager, I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. ***The Capacity and Basis of this Declaration.*** I am over the age of 21. Except as otherwise noted, the matters set forth in this Declaration are based upon my personal knowledge, information received from the parties in this proceeding (the "Parties"), and information provided by my colleagues at P&N and our partners.

1

## II. BACKGROUND

3. ***Preliminary Approval.*** On July 8, 2021, the Court entered its order preliminarily approving the Settlement Agreement and the appointment of P&N as Settlement Administrator. After the Court's preliminary approval of the Settlement, P&N began to implement and coordinate the notice program.

4. ***The Purpose of this Declaration.*** I submit this Declaration to evidence P&N's compliance with the terms of the Preliminary Approval Order and detail P&N's execution of its role as the Settlement Administrator.

## III. CLASS NOTICE PROGRAM EXECUTION

5. ***Notice Database.*** P&N maintains a database of 77,492 Settlement Class Members ("Class Notice List") accounting for 81,745 application fees. P&N received the class data in two files from counsel for Greystar Real Estate Partners, LLC. File #1 contained email addresses, mailing information, and the property at which the application fee was paid for the period of June 9, 2016 through August 3, 2020 (80,942 records). File #2 contained email addresses, mailing information, and the property at which the application fee was paid for the period of August 4, 2020 through August 13, 2020 (803 records). After consolidating File #1 and File #2 and de-duplicating the records based on name, address, and email address, P&N determined that 77,492 unique Class Members existed to which notice should be issued as outlined within the Settlement Agreement.

6. ***Email Notice.*** Beginning on August 12, 2021, P&N caused Email Notice to be sent to the 69,263 email addresses on the Class Notice List that passed the hygiene and verification process. Ultimately, the Email Notice was successfully delivered to 68,733 email addresses, or 99.2% deliverability. A true and correct copy of the Email Notice sent to those identified on the Class Notice List is attached hereto as **Exhibit A**.

7. ***Mail Notice.*** P&N coordinated and caused the mailing of the Postcard Notice via First-Class Mail to Settlement Class Members for which (a) an Email address was not available or an Email Notice was not successfully delivered and (b) a mailing address was available from the class data. The Postcard Notice included the web address to the case website for access to additional information, rights and options as a Class Member and the dates by which to act on those options, the date and location of the Final Approval Hearing, and the return address of the P.O. Box maintained for the purpose of receiving undeliverable Postcard Notices in connection with this Settlement. A true and correct copy of the Postcard Notice is attached hereto as **Exhibit B**.

8. ***Mail Notice Delivery.*** Prior to the mailing, all mailing addresses were checked against the National Change of Address (NCOA) database maintained by the United States Postal Service ("USPS"). In addition, the addresses were certified via the Coding Accuracy Support System (CASS) to ensure the quality of the zip code, and verified through Delivery Point Validation (DPV) to verify the accuracy of the addresses. P&N executed Postcard Notice mailings to 2,515 (3.2%) Settlement Class Members and supplemental mailings to 221 (0.3%) Class Members whose initial Postcard Notices were not deliverable but for whom we were able to obtain an alternative mailing address through (1) forwarding addresses provided by the USPS, (2) via skip trace searches using the LexisNexis third party vendor database, or (3) requests received directly from Settlement Class Members.

9. ***Settlement Post Office Box.*** P&N maintains the following Post Office Box (the "P.O. Box") for the Settlement Program:

> Daley et al. v. Greystar Real Estate Partners, LLC
> c/o Settlement Administrator
> PO Box 3376
> Baton Rouge, LA 70821-1429

This P.O. Box serves as a location for the USPS to return undeliverable program mail to P&N and for Settlement Class Members to submit Exclusion Request Forms and other settlement related correspondence. The P.O. Box address appears prominently in all Notices and in multiple locations

3

on the Settlement Website. P&N monitors the P.O. Box daily and uses a dedicated mail intake team to process each item received.

10. ***Settlement Website***. On August 12, 2021, a neutral, informational Settlement Website, www.AppFeeSettlement.com, was created to provide Settlement Class Members access to the Claim Form, Notices, Settlement Agreement, and other relevant documents. The Settlement Website also includes relevant dates, answers to frequently asked questions, instructions for how Settlement Class Members may opt-out (request exclusion) from or object to the Settlement, contact information for the Settlement Administrator, and provides Settlement Class Members with the ability to submit a claim using the online claim form and instructions for completing a claim submission. As of October 13, 2021, the Settlement Website has received 32,741 page views from 12,291 unique visitors.

11. ***Toll-Free Number.*** P&N established a toll-free telephone number, 1-844-326-7442 (the "Toll-Free Number"), which is available twenty-four hours per day. Settlement Class Members can call and interact with an interactive voice response ("IVR") system that provides important settlement information and offers the ability to leave a voicemail message to address specific requests or issues. The Toll-Free Number appeared in all Notices, as well as in multiple locations on the Settlement Website. The Toll-Free Number will remain active through the close of this Settlement Program. As of October, 13, 2021, P&N has received 127 calls to the toll-free number.

12. ***Email Support***. P&N established an Email address, info@AppFeeSettlement.com, to provide an additional option for Settlement Class Members to address specific questions and requests to the Settlement Administrator for support. As of October 13, 2021, P&N received 282 emails to the Email address established for the settlement.

## IV. NOTICE PROGRAM REACH

13. *Notice Reach Results.* Through the Notice procedures outlined above, P&N attempted to send direct notice to all 71,778 (92.6%) Settlement Class Members for which an Email address passed verification or a mailing address was available. The Notice Program reached a total of 70,106 (90.47%) Settlement Class Members.[1] Table 1 below provides an overview of dissemination results for the Notice Program and Table 2 provides an overview of the reach statistics for the Notice Program.

| Table 1: Notice Program Dissemination Results | | |
|---|---|---|
| Description | Volume (#) | Percentage of Class Members (%) |
| Class Members | 77,492 | 100.0% |
| E-Mail Notices | | |
| Total E-Mail Notices Sent | 69,263 | 89.38% |
| Total E-Mail Notices Delivered | 68,733 | 88.70% |
| Total E-Mail Notices Bounced/Undeliverable | 530 | 0.68% |
| Mail Notice | | |
| Total Postcard Notices Mailed | 2,515 | 3.25% |
| Total Postcard Notices Returned as Undeliverable | 1,318 | 1.7% |
| Mail Notice Re-Mailed | | |
| Total Postcards Re-Mailed | 221 | 0.3% |
| Total Undeliverable (Re-Mailed) Postcards | 45 | 0.1% |

| Table 2: Notice Program Reach Statistics | | |
|---|---|---|
| Description | Volume (#) | Reach (%) |
| Class Members | 77,492 | 100% |
| Received E-mail Notice | 68,733 | 88.70% |
| Received Post Card Notice | 1,373 | 1.77% |
| **Received Direct Notice** | **70,106** | **90.47%** |

---

[1] A Settlement Class Member is considered "reached" by direct Notice if a Postcard Notice mailed to the Settlement Class Member has not been returned by the USPS as undeliverable.

## V. SUPPLEMENTAL NOTICE

14. ***Supplemental Email Notice.*** In addition to the Court approved notice program detailed in sections III and IV, P&N initiated a supplemental reminder Email notice campaign to all Settlement Class Member for whom an email was previously delivered, but had not submitted a claim as of the date of the reminder email. The supplemental email campaign commenced on September 20, 2021. P&N sent the supplemental email 62,689 Class Members with 62,482 (99.67%) emails delivered.

## VI. NOTICE PLAN CONCLUSION

15. ***Notice Plan Conclusion.*** The Notice Plan described herein was implemented to meet the requirements of Federal Rule of Civil Procedure 23 and satisfies due process.

## VII. CLAIM ACTIVITY

16. ***Claim Intake and Processing.*** The online claim submission feature was available beginning August 12, 2021 and removed from the Settlement website at the end of the claims period on September 28, 2021 at 12:00 AM HST/6:00 AM EST. P&N shall continue to analyze claims that have already been received as well as any additional timely claims mailed to the P.O. Box and postmarked by the claim filing deadline. Table 3 below provides summary statistics of claim submissions and current dispositions.

| Table 3: Claims Activity Statistics (as of October 13, 2021) | | |
|---|---|---|
| **Description** | **Volume (#)** | **Claims Rate (%)** |
| Online Claims Received | 8,293 | 10.70% |
| Paper Claim Forms Received | 143 | 0.18% |
| **Total Claims Received** | **8,436** | **10.86%** |
| (-) Invalid Claim Submissions | 130 | 0.16% |
| (-) Late Paper Claim Forms | 2 | <0.01% |
| (-) Duplicates | 14 | 0.02% |
| **Net Valid Claims** | **8,290** | **10.70%** |
| **Total Settlement Class Members** | 77,492 | |

## VII. **EXCLUSIONS AND OBJECTIONS**

17. ***Exclusions (Opt-Outs) Received.*** The Settlement Agreement states that "A Settlement Class Member may request to be excluded from the Settlement Class by sending a written request postmarked on or before the Objection/Exclusion Deadline to the Settlement Administrator providing his/her name and address, a signature, the name and number of the case, and a statement that they wish to be excluded from the Settlement Class for purposes of this Settlement." P&N received two (2) exclusion requests from Settlement Class Members. A listing and copies of all exclusion request submissions are attached as **Exhibit C**.

18. ***Settlement Objections.*** The Settlement Agreement directed that objections be filed with the Court. P&N has not received any objections from Settlement Class Members. The Parties informed P&N that two (2) Settlement Class Member objected the Settlement. One of the objections was to the process and form of the class notice given. However, that Settlement Class Member received the Email Notice on August 14, 2021 and September 20, 2021, and opened the notices on August 16, 2021, September 25, 2021, and September 27, 2021. Regarding the second objection, the Class Member's only concern was a misunderstanding that was corrected by Class Counsel.

## VIII. **NOTICE AND ADMINSTRATION COSTS**

19. ***Notice and Administration Costs.*** P&N has incurred $39,916 in fees and costs completing the notice plan and administering the Settlement, and anticipates the costs to remain below the $100,000 administrative budget allotted in the Settlement Agreement.

## IX. CERTIFICATION

I, Ryan Aldridge, declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on this 13th day of October, 2021 at Baton Rouge, Louisiana.

*Ryan Aldridge* (signature)

Ryan Aldridge